**The below described is SIGNED.**

(ts)

**Dated: December 20, 2010**

*William T. Thurman*

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

_____

*Order prepared by:*
Kevin R. Anderson
Office Chapter 13 Trustee
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone:  (801) 596-2884
Facsimile:   (801) 596-2898
kratrusteemail@ch13kra.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re: | Case No. 10-33203 |
|---|---|
| SPENCER HOLCOMB FAULRING<br>RENEE WINTERSTAR FAULRING | Chapter 13<br>Judge William T. Thurman |
| Debtors. | (Confirmation Hearing:  *12/07/10 at 9:30 AM*) |

### ORDER CONTINUING CONFIRMATION HEARING
### FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter 13 plan came before this Court on *12/07/10 at 9:30 AM*.  Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

1. The hearing on confirmation is continued to January 18, 2011, at 11:30 AM.

### END OF DOCUMENT

Filed: 12/09/10

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid, on the 9th day of December 2010. Pursuant to Rule 9021-(c), Local Rules of Practice of the United States Bankruptcy Court for the District of Utah, persons who appeared at the hearing, and who have not otherwise approved the Order, shall have eight (8) days from the date of service to file an objection to the form of the Order. If an objection is not timely filed, the Order shall be deemed approved, and the Court may enter the Order.

ROBERT S. PAYNE
ECF NOTIFICATION

_____/s/_____
Office Chapter 13 Trustee

## COURT SERVICE LIST

KEVIN R. ANDERSON
STANDING CHAPTER 13 TRUSTEE
ECF NOTIFICATION

ROBERT S. PAYNE
ECF NOTFICATION

SPENCER HOLCOMB FAULRING
RENEE WINTERSTAR FAULRING
1083 NORTH 150 WEST
OREM, UT 84057